# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00091-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 19) |

On December 8, 2022, the parties filed a stipulated motion to extend the deadline for Defendant to file an opposition brief from December 9, 2022, to February 7, 2023. (ECF No. 19.) Despite the Court preferring 30-day extensions, the Court finds good cause based on the agreement of the parties and the totality of the proffered reasons. (ECF No. 19 at 1-2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 19) is GRANTED; and
2. Defendant shall have until **February 7, 2023**, to file the opposition brief.

IT IS SO ORDERED.

Dated:   **December 8, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE