# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00091-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER IN PART<br><br>(ECF No. 21) |

On February 7, 2023, the parties filed a stipulation agreeing to a second extension of the time for Defendant to file an opposition brief, extending the time from February 7, 2023, to February 21, 2023. (ECF No. 21.) The stipulation proffers Defendant's counsel has four briefs due in the next 10 days, and that upon closer review of the record, counsel discovered that settlement options may exist in this action, and additional time is needed to explore whether such settlement is possible. (ECF No. 21 at 1-2.)

The Court previously granted a significant 60-day extension of time for Defendant to file the opposition brief, setting a deadline of February 7, 2023. (ECF No. 20.) While a more modest extension is requested now than previously granted, as stated in the scheduling order, "[r]equests for modification of this briefing schedule will not be routinely granted," and a "request for a modification brought on the filing deadline, will be looked upon with disfavor." (ECF No. 5 at 2.) The Court does not find sufficient good cause based on the proffered

information in light of the previous extension granted, and because the request was made on the day of the current deadline. The Court is facing its own reporting obligations under the Civil Justice Reform Act in this action. The Court finds sufficient good cause to grant a seven-day extension in light of the agreement of the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule, (ECF No. 21), is GRANTED IN PART; and

2. Defendant shall have until **February 14, 2023**, to file the opposition brief.

IT IS SO ORDERED.

Dated:   **February 8, 2023**

UNITED STATES MAGISTRATE JUDGE